**Michelle COOLEY, Respondent,**

v.

**ST. LUKE'S HOSPITAL OF K.C. and Great American Insurance Companies, Appellants.**

**No. WD 45272.**

Missouri Court of Appeals,
Western District.

Jan. 28, 1992.

John R. Meharry, Cook & Meharry, Kansas City, for appellants.

George A. Wheeler, Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from a Workers' Compensation award by the Labor and Industrial Relations Commission.

Affirmed. Rule 84.16(b).

**Jack Eugene TAYLOR, Appellant,**

v.

**Jack Bradley TAYLOR and Maria Del Rosario Taylor, Respondents.**

**No. WD 44791.**

Missouri Court of Appeals,
Western District.

Feb. 4, 1992.

Leland F. Dempsey, Kansas City, for appellant.

Martin M. Meyers, Kansas City, for respondents.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from judgment in favor of respondents in consolidated actions to invalidate conveyances and transfers on the ground of undue influence.

Judgment affirmed. Rule 84.16(b).